AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOEVELER, WILLIAM M | U. S. District Court | 5/13/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ○ Nomination, Date ○ Initial ● Annual ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 North Miami Avenue 9th Floor Miami, FL 33128 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Transition, Inc., (Non-profit rehabilitation |
| 2. | Bd. of Advisors | Recording for the Blind |
| 3. | Board of Contributors | University of Texas, School of Law "Review of Litigation" |
| 4. | Advisor | Spellman\Hoeveler Inn of Court |
| 5. | Co-Trustee w\No.Trust Bank | Trust #1, Declaration of Trust, Dated 4\20\00 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 MAY 19 A 11: 46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |

**B. Spouse's Non-Investment Income**If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria) .

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 | | | | | | | | | |
| 2. - C SH Intel | A | Dividend | J | T | | | | | |
| 3. -C SH Microsoft | A | Dividend | J | T | | | | | |
| 4. -No. Trust Money Market | D | Interest | K | T | | | | | |
| 5. -C SH Wells Fargo | A | Dividend | J | T | | | | | |
| 6. Checking account - Bank of America, Coral Gables, FL | A | Interest | L | T | | | | | |
| 7. NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 8. -Corp. Bond units - Morgan Stanley Dean Witter | B | Interest | K | T | matured | 1/15 | K | | No. Trust Bank |
| 9. -Corp. Bond units - DuPont de Nemours | B | Interest | K | T | | | | | |
| 10. -Corp. Bond units - Hewlett Packard Co NT | B | Interest | K | T | | | | | |
| 11. -Corp. Bond units - Bk of Am Corp SR NT | B | Interest | K | T | | | | | |
| 12. -Corp. Bond units - Emerson Electric BD | B | Interest | K | T | | | | | |
| 13. -C SH GE Corp | A | Dividend | J | T | | | | | |
| 14. -C SH Harley Davidson | A | Dividend | J | T | | | | | |
| 15. -C SH Target | A | Dividend | J | T | | | | | |
| 16. -C SH Pfizer | A | Dividend | J | T | | | | | |
| 17. -C SH Citigroup | A | Dividend | J | T | | | | | |
| 18. -C SH Cisco | | None | J | T* | | | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (include those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -C SH Nokia | A | Dividend | J | T | | | | | |
| 20. -C SH Home Depot | A | Dividend | J | T | | | | | |
| 21. -C SH Viacom | A | Dividend | J | T | | | | | |
| 22. -C SH Amgen | | None | J | T | | | | | |
| 23. -C SH Medtronic | A | Dividend | J | T | | | | | |
| 24. -C SH Am. Int Group | A | Dividend | J | T | | | | | |
| 25. -C SH Fed. Nat'l Mortgage Assn | A | Dividend | J | T | | | | | |
| 26. -C SH Merrill Lynch | A | Dividend | J | T | | | | | |
| 27. -C SH IBM | A | Dividend | J | T | | | | | |
| 28. -US Gov't Obligation units - Fed Home LN BKS | B | Interest | K | T | | | | | |
| 29. -C SH Anheuser Busch | A | Dividend | J | T | | | | | |
| 30. -C SH Amoco | A | Dividend | J | T | | | | | |
| 31. -C SH Baxter | A | Dividend | J | T | sold | 7/22 | J | | No. Trust Bank |
| 32. -C SH Best Buy | A | Dividend | J | T | | | | | |
| 33. -C SH Caterpillar | A | Dividend | J | T | | | | | |
| 34. -C SH Chevron/Texaco | A | Dividend | J | T | | | | | |
| 35. -C SH General Dynamics | A | Dividend | J | T | | | | | |
| 36. -C SH Health Mgmt | A | Dividend | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -C SH Johnson/Johnson | A | Dividend | J | T | | | | | |
| 38. -C SH Kraft Foods | A | Dividend | J | T | | | | | |
| 39. -C SH Marsh/McLennan | A | Dividend | J | T | sold | 11/5 | J | | No. Trust Bank |
| 40. -C SH Minnesota Mining | A | Dividend | J | T | | | | | |
| 41. -C SH Pepsico | A | Dividend | J | T | | | | | |
| 42. -C SH Texas Inst. | A | Dividend | J | T | | | | | |
| 43. -C SH United Tech | A | Dividend | J | T | | | | | |
| 44. -U.S. Gov't Obligation Units U.S. Treasury Notes | A | Interest | K | T | matured | 12/1 | K | | No. Trust Bank |
| 45. -U.S. Gov't Obligation Units Fed. Home Ln Mtg Corp | A | Interest | K | T | | | | | |
| 46. -C SH Alcoa | A | Dividend | J | T | | | | | |
| 47. -Corp Bond units - Countrywide Home Loan Inc(X) | B | Interest | K | T | buy | 1/24 | K | | No. Trust Bank |
| 48. -Corp Bond units - Bristol Myers (X) | B | Interest | K | T | buy | 1/24 | K | | No. Trust Bank |
| 49. -Corp Bond units - Am. Express Co (X) | B | Interest | K | T | buy | 1/24 | K | | No. Trust Bank |
| 50. -C Shares - Am. Express (X) | | None | J | T | buy | 11/5 | J | | No. Trust Bank |
| 51. -US Gov't Obligation units - Fed Home Loan Banks Cons. (X) | A | Interest | K | T | buy | 12/4 | K | | No. Trust Bank |
| 52. -Bank of America (CD) (X) | A | Interest | M | T | buy | 12/4 | M | | Bank of America |
| 53. -Bank of America - Money Market (X) | C | Interest | M | T | opened | 9/08 | M | | Bank of America |

# VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

VII. Investments and Trusts

Please note that there are two new Am. Ex buys. One is corporate bonds and the other is common shares. There is also another purchase of Federal Home Ln Banks, but it is different from the one listed previous years. You will note that CONS.is added to the new one.

Also please note that certain stocks last reporting period did not pay dividends and this year they have.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOEVELER, WILLIAM M | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date May 1.3, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544